JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ZACHARY NOVATT,** an individual,<br><br>Plaintiff,<br><br>v.<br><br>**FRONTIER COMMUNICATIONS OF AMERICA, INC.,**<br><br>Defendant. | **Case No.:** LA CV 18-02398-AB (RAOx)<br><br>**ORDER** |

JS-6

# **ORDER**

Having considered the Parties' stipulation requesting dismissal as to the entire case and good cause having been shown:

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and the above captioned action is dismissed with prejudice in its entirety with each party bearing their respective attorneys fees and costs.

**IT IS SO ORDERED.**

Dated: June 13, 2018

Honorable André Birotte, Jr.
United States District